This document was signed electronically on March 11, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: March 11, 2010

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: Hazel K Lloyd<br>XXX-XX- 5<br><br>Debtor | ) Chapter 13 Case No. 09-21655-M<br>)<br>) Hon. Pat E. Morgenstern-Clarren<br>)<br>) |

## ORDER DISMISSING CASE AND RELEASING
## INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon all the matters scheduled for hearing on March 9, 2010.

The objection to confirmation filed by the Chapter 13 Trustee is sustained.

IT IS HEREBY ORDERED that confirmation of the plan is denied, and the case is hereby dismissed, based upon the Court's finding(s) that:

X   The Debtor is in material default in filing the papers required to prosecute the case and to achieve confirmation of the Plan.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Kevin M Ryan, Attorney for Debtor (served via ECF)

Hazel K Lloyd, Debtor
23 Edgewood Drive
Grafton OH 44044

Home Depot, Employer
Attn: Payroll, 2455 Paces Ferry Road
Atlanta GA 303390000


CS/bas
03/11/10